UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-22909-CIV-WILLIAMS

PBR SALES, LLC,

    Plaintiff,

v.

PEZCO INTERNATIONAL, LLC and
JUAN M. SANCHEZ,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 28) on the motions to dismiss. In the Report, Magistrate Judge McAliley recommends that Defendants' motions (DE 12; DE 13) be GRANTED. Plaintiff filed objections to the Report. (DE 29.)

Having conducted a *de novo* review of the portions of the report and recommendation to which Plaintiff objects and a review of the remainder for clear error, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 28) is **AFFIRMED AND ADOPTED**;
2. Defendants' motions to dismiss (DE 12; DE 13) are **GRANTED**;
3. Plaintiff's claim for piercing the corporate veil is **DISMISSED WITH PREJUDICE**. Plaintiff's claims for fraud in the inducement, conversion, and civil theft are **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiff's motion/application for preliminary injunction (DE 1; DE 27) is **DENIED**.

5. Plaintiff may file an amended complaint within **FOURTEEN (14) DAYS** of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE