UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-22909-CV-WILLIAMS

PBR SALES, LLC,

    Plaintiff,

v.

PEZCO INTERNATIONAL, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation ("***Report***") on Plaintiff's Motion for Summary Judgment ("***Motion***") (DE 44). (DE 67.) In the Report, Magistrate Judge Sanchez recommends that the Court grant in part and deny in part Plaintiff's Motion. (*Id.*) Neither Party filed objections to the Report, and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's Report and Recommendation (DE 67) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (DE 44) is **GRANTED** as to the Breach of Contract Claim (Count I).

3. Plaintiff's Motion for Summary Judgment (DE 44) is **DENIED AS MOOT** as to the Promissory Estoppel Claim (Count III).

4. On or before **March 13, 2023**, Plaintiff shall prepare and submit a proposed order of final judgment to the Court setting forth the sum certain owed as money damages supported by sufficient evidence to establish the basis for damages and other relief sought in the pleadings. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order must be emailed to williams@flsd.uscourts.gov in Word format.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 6th day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE